UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT CHARLES CASEY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 3:22-CV-1454-X-BK |
| | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 7]. The Court ordered Plaintiff Robert Casey "to (1) pay the required filing and administrative fees of $402.00 or file a motion for leave to proceed *in forma pauperis* on the AO 239 form, and (2) register to use the Court's electronic filing system."[1] Despite an extension of time, Casey failed to comply with either order. Citing Federal Rule of Procedure 41(b), the Magistrate Judge recommends *sua sponte* dismissal for failure to prosecute or failure to comply with a federal court order.[2]

Casey did not object to the Magistrate Judge's findings, conclusions, and recommendation.

---

[1] Doc. No. 6.

[2] Doc. No. 7 at 1.

1

The District Court reviewed for plain error the proposed findings, conclusions, and recommendations. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendations of the United States Magistrate Judge. Since dismissal under Rule 41(b) "operates as an adjudication on the merits,"[3] the Court **DISMISSES WITHOUT PREJUDICE** this suit.

**IT IS SO ORDERED,** this 16th day of February, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[3] FED. R. CIV. PROC. 41(b).